UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61301-CIV-COHN/SELTZER

BP PRODUCTS NORTH AMERICA INC.,

    Plaintiff,

v.

SUPER STOP #701, INC., a Florida corporation,
and MAHAMMAD A. QURESHI, an individual,

    Defendants.
_____/

## FINAL JUDGMENT AND WRIT OF REPLEVIN

**THIS CAUSE** came before the Court upon the conclusion of the bench trial and the Court's Findings of Fact and Conclusions of Law.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, BP Products North America, Inc., and against Defendants Super Stop #701, Inc. and Mahammad A. Qureshi, joint and several, and Plaintiff, BP Products North America, Inc. shall recover $578,292.38, plus interest thereon at the rate of 0.32% per annum from the date of this Final Judgment, for which let execution issue;

2. Plaintiff may file a motion for reasonable attorneys' fees and costs in accordance with any relevant provision of law or contract within 30 days of entry of this Judgment;

3. A Writ of Replevin is hereby entered directing Defendants to return to Plaintiff BP Products the Ruby point of sale system and printer, and the satellite equipment, no later than January 7, 2009.  Defendants shall allow a

      representative of Plaintiff to enter the gas station at issue and retrieve the equipment at a mutually agreed upon time.

4. The Court retains jurisdiction to enforce the terms of this Final Judgment.

5. The Clerk may **CLOSE** this case.

6. All pending motions are **DENIED as moot**.

      **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of December, 2009.

                                          JAMES I. COHN
                                          United States District Judge

copies to:

Mark Blumstein, Esq.
Justin Leto, Esq.