UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  08-61301-CIV-COHN/SELTZER

BP PRODUCTS NORTH AMERICA INC.,

    Plaintiff,

vs.

SUPER STOP #701, INC. d/b/a SUPER STOP
#701, and MAHAMMAD QURESHI,

    Defendants.
_____/

**SUPER STOP #701 AND MAHAMMAD QURESHI'S MOTION TO STAY PROCEEDINGS TO ENFORCE JUDGMENT**

SUPER STOP #701, INC. and MAHAMMAD QURESHI, by and through undersigned counsel, hereby file this Motion to Stay Proceedings to Enforce Judgment, and as support thereof states as follows:

On December 18, 2009, this Honorable Court entered Judgment against Defendants and in favor of BP Products.  Pursuant to Fed.R.Civ.P. 62(d), Defendants hereby request this Honorable Court stay all proceedings to enforce said judgment pending appeal.  Defendants are cognizant of the requirement to post a supersedeas bond in order to stay enforcement of the judgment.  The undersigned is consulting with Defendants to determine the capability of posting a supersedeas bond.  Defendants may need to request the Court to allow an alternative to the standard supersedeas bond in the event Defendants meet the requirements to request such an alternative.

However, due to the holidays, this determination has not yet been made. As such, the undersigned requests this Honorable Court allow Defendants additional time to request the alternative bond, or, in the event that Defendants are able, to post a supersedeas bond and stay the execution of the judgment.

The undersigned has attempted to contact the attorney for BP Products but has been unable to reach him at the time of this filing.

WHEREFORE, SUPER STOP #701 and MAHAMMAD QURESHI respectfully request this Honorable Court allow Defendants additional time move for a stay and/or move for an alternative to the supersedeas bond.

I HEREBY CERTIFY that on this 4th day of January 2010, a true and correct copy was filed via electronic filing and presented to all parties on the electronic filing service list

>JUSTIN C. LETO, P.A.
>One Biscayne Tower
>2 South Biscayne Blvd.
>Suite 1650
>Miami, FL 33131
>Phone: 305-577-8448
>Fax:     305-577-8465
>E-mail:jleto@letolaw.com
>
>By:  /s/  Justin C. Leto_____
>           Justin C. Leto
>           Fla. Bar No. 0652776