UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BP PRODUCTS NORTH AMERICA INC.,   Case No. 08-61301-CIV-COHN/SELTZER

        Plaintiff,

vs.

SUPER STOP #701, INC. d/b/a SUPER STOP
#701, and MAHAMMAD QURESHI,

        Defendants.
_____/

## BP PRODUCTS NORTH AMERICA INC.'S
## MOTION FOR ISSUANCE OF WRITS OF EXECUTION POST JUDGMENT

    BP Products North America Inc. (hereinafter "BP"), as Judgment Creditor, hereby moves for the issuance of Writs of Execution, and states:

    1.    BP obtained a Final Judgment on December 17, 2009 against Judgment Debtors, Super Stop #701, Inc. and Mahammad Qureshi (collectively "Defendants"), jointly and severally, for Five Hundred Seventy Eight Thousand, Two Hundred Ninety Two and 38/100 U.S. Dollars ($578,292.38) in the United States District Court, Southern District of Florida. **[DE 128]**.

    2.    There still remains due and owing on the Judgment the entire sum awarded, plus post-judgment interest at the rate of 0.32% from the date of judgment.

    3.    BP requests the issuance of Writs of Execution in the form attached as Exhibits 1 and 2 so that it may proceed, execute and levy upon Defendants' property to satisfy, in full or in part, the Judgment.

Case No.: 08-61301-CIV-COHN/SELTZER<br>
BP's Motion for Issuance of Writs of Execution

## CONCLUSION

***WHEREFORE***, BP moves for issuance of Writs of Execution with direction to the Clerk of Courts to execute same so BP may proceed to execute against Defendants' property, as well as such further relief this Court deems just and proper.

## CERTIFICATE OF COMPLIANCE

In accordance with Local Rule 7.1.A.3, counsel for BP hereby certifies that a good faith conference took place with opposing counsel for Defendants, who may be affected by the relief sought in the instant Motion, in a good faith effort to resolve the issues presented in this Motion, but the parties were unable to resolve the instant motion.

Respectfully Submitted,

s/ Mark Blumstein
Mark Blumstein, Esq.
Florida Bar No.: 90700
**THE BLUMSTEIN LAW FIRM**
Attorneys for *BP Products North America Inc.*
One Turnberry Place, Suite 400
19495 Biscayne Boulevard
Aventura, FL 33180
Tel:   305-356-7547
Fax:  305-356-7539

Case No.: 08-61301-CIV-COHN/SELTZER
BP's Motion for Issuance of Writs of Execution

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of March, 2010 a true and correct copy of the foregoing document was served on: Tracy B. Newmark, Esq., *Counsel for Defendants*, The Newmark Law Firm, P.A., 2650 W. State Road 84, Suite 101-C, Fort Lauderdale, FL 33312 (***Electronic & U.S. Mail***); and Justin C. Leto, Esq., Justin C. Leto, P.A., *Co-Counsel for Defendants*, 2 South Biscayne Boulevard, Suite 1650, Miami, FL 33131 (***CM/ECF***).

**THE BLUMSTEIN LAW FIRM**
*Attorneys for BP Products North America Inc.*
Mark Blumstein, Esq.
One Turnberry Place, Suite 400
19495 Biscayne Boulevard
Aventura, FL 33180
Telephone: (305) 356-7547
Facsimile: (305) 356-7539

By: s/Mark Blumstein
Mark Blumstein, Esq.
Florida Bar No. 0090700
mark@blumsteinlaw.com

DC 11 (Rev. 11/2002) Writ of Execution

# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF:
United States District Court, Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Super Stop #701, Inc.
4800 N. Federal Highway, Suite 200
Boca Raton, FL 33431

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Five Hundred Seventy Eight Thousand, Two Hundred Ninety Two and 38/100 U.S. Dollars | and $578,292.38 |

in the United States District Court for the Southern District of Florida,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Super Stop #701, Inc. and Mahammad Qureshi, jointly and severally, in the case of BP Products North America Inc. v. Super Stop #701, Inc. and Mahammad A. Qureshi, Case No. 08-61301-CIV-COHN/SELTZER.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S. Marshal's Office | DISTRICT | Southern District of Florida |
|---|---|---|---|
| CITY | Fort Lauderdale | DATE | |

Witness the Honorable _____
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|

DC 11 (Rev. 11/2002) Writ of Execution

## WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

| TO THE MARSHAL OF: United States District Court, Southern District of Florida |
|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

Mahammad A. Qureshi
4800 N. Federal Highway, Suite 200
Boca Raton, FL 33431

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Five Hundred Seventy Eight Thousand, Two Hundred Ninety Two and 38/100 U.S. Dollars and | $578,292.38 |

in the United States District Court for the  Southern  District of  Florida  ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Super Stop #701, Inc. and Mahammad Qureshi, jointly and severally, in the case of BP Products North America Inc. v. Super Stop #701, Inc. and Mahammad A. Qureshi, Case No. 08-61301-CIV-COHN/SELTZER.

and also the costs that may accrue under this writ.
   And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE U.S. Marshal's Office | DISTRICT Southern District of Florida |
|---|---|
| CITY Fort Lauderdale | DATE |

Witness the Honorable _____
                                              *(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|